AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America

v.

MICAJAH JOEL JACKSON

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00428
Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/14/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                              Micajah Joel Jackson                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
                              Lawful Authority
40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

2021.05.14
17:10:28 -04'00'

Date:     May 14, 2021

_____
*Issuing officer's signature*

City and state:        Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  5-14-21 , and the person was arrested on *(date)*  5-18-21 |
| at *(city and state)*  Phoenix, Arizona. |
| Date:  5-18-21                                         _____ |
| *Arresting officer's signature* |
| FBI Special Agent Andrew Tews |
| *Printed name and title* |