AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | )    Case: 1:21-mj-00428 |
| | )    Assigned to: Judge Faruqui, Zia M. |
| | )    Assign Date: 5/14/2021 |
| | )    Description: COMPLAINT W/ARREST WARRANT |
| MICAJAH JOEL JACKSON | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Micajah Joel Jackson _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ☒ Complaint
❐ Probation Violation Petition ❐ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
        Lawful Authority
40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

2021.05.14
17:10:28 -04'00'

Date:   May 14, 2021

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5-14-21 , and the person was arrested on *(date)* 5-18-21 at *(city and state)* Phoenix, Arizona. |
| Date: 5-18-21             *Arresting officer's signature* |
| FBI Special Agent Andrew Tews     *Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

*DOA 5-18-21*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) *AZ. NO: 21-3094MJ* |
| | ) |
| | ) |
| MICAJAH JOEL JACKSON | ) *1:21-mj-00428* |
| DOB: XXXXXX | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1), (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. § 5104(e)(2)(D), (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Andrew M. Tews, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____ May 14, 2021 _____

2021.05.14
17:12:03 -04'00'

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Andrew M. Tews, is a Special Agent with the Federal Bureau of Investigation (FBI). I have been in this position since January 2011. In addition to completing the FBI academy, I have received additional training in the areas of violent crime, national security, counter terrorism, and domestic terrorism. During my time as a Special Agent, I have been involved in numerous investigations as the primary investigator and in subsidiary roles. Currently, I am a tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary barricades and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 PM, individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 PM members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 PM. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Following the events of January 6, 2021, members of the public contacted the FBI to inform the agency that an individual had posted video to the Instagram accounts @micajahjackson and @thejfkreport, and that the video appeared to have been taken by someone who breached the U.S. Capitol.

A review of the posts and videos from Instagram accounts @micajahjackson and @thejfkreport on January 6, 2021, include photographs and videos of individuals entering and remaining inside the U.S. Capitol, but the photographer/videographer does not show himself in the photos/videos. The Instagram accounts @micajahjackson and @thejfkreport have photographs— including selfies and mirror selfies—of an individual who matches the driver's license photograph (not pictured) of Micajah Joel Jackson. The accounts @micajahjackson and @thejfkreport are associated with the email address micajahjackson@gmail.com and phone number 480-236-5284. The phone number 480-236-5284 is associated with Micajah J. Jackson.



*PHOTOGRAPH 1: A photograph of defendant Micajah J. JACKSON in a mirror selfie posted to social media wearing distinctive clothing in what appears to be a hotel room on January 6, 2021. The defendant did not yet have an orange armband on his left bicep.*

Through legal process served on Facebook, law enforcement viewed photographic and video content of an account created using the email address micajahjackson@gmail.com and phone number 480-236-5284. The social media content includes photographs of an individual wearing the same distinctive clothing, including a flannel shirt, USA hat, green cargo pants, yellow gloves, and an orange arm band on his left arm. This individual is also shown wearing a black backpack and carrying a U.S. flag.



**PHOTOGRAPH 2:** *A photograph of defendant Micajah J. JACKSON wearing the same distinctive clothing from PHOTOGRAPH 1 along with a black facemask and an orange armband in the vicinity of the Washington Monument on January 6, 2021. The defendant stated that Proud Boys from Arizona gave him the orange armband.*




**SCREENSHOTS 1 & 2:** *(left) A screenshot of defendant Micajah J. JACKSON's Instagram account @thejfkreport and (right) a screenshot of defendant Micajah J. JACKSON's Instagram account @micajahjackson. Both accounts are associated with the email micajahjackson@gmail.com and phone number 480-236-5284.*

At the time of the writing of this Statement of Facts, it appears that the Instagram account @micajahjackson has been made private and the Instagram account @thejfkreport has deleted any posts made between January 2, 2021, and January 15, 2021.

Your affiant has reviewed the publicly available material on @thejfkreport. On December 11, 2020, the account @thejfkreport posted a picture that appears to depict George Washington crossing the Delaware with the following words beneath it: AMERICANS[.] WILLING TO CROSS A FROZEN RIVER TO KILL YOU. IN YOUR SLEEP. ON CHRISTMAS. TOTALLY NOT KIDDING. WE'VE DONE IT. The account @thejfkreport added the caption:

Good Night America 🙏 us



**SCREENSHOT 3:** *A screenshot of a post to one of defendant Micajah J. JACKSON's Instagram accounts (@thejfkreport) from December 11, 2020.*

On December 12, 2020, the account @thejfkreport posted a screenshot of what appears to be a tweet from the verified account of Donald J. Trump (WE HAVE JUST BEGUN TO FIGHT!!!) with the following caption:

> @realdonaldtrump @whitehouse You tell us when Sir. You are the commander in Chief. WE WILL NOT CONCEDE 🙏us The Alt-Left will not reign a crony Democracy. WE ARE A CONSTITUTIONAL- REPUBLIC us📱



*SCREENSHOT 4: A screenshot of a post to one of defendant Micajah J. JACKSON's Instagram accounts (@thejfkreport) from December 12, 2020.*

Your affiant has also reviewed photographs and videos that are publicly available on the internet. The defendant appears in many of those videos, often referred to by the hashtags assigned to him by internet sleuths. These hashtags include #yellowglovesorangearmband and #tartanplaidPB.

It is your affiant's understanding that the letters PB in #TartanPlaidPB appear to stand for Proud Boy.[1] This is likely because on January 6, the defendant is seen on many occasions and at different times with the Proud Boys from Arizona. ON January 6, the Proud Boys from Arizona appear to have adopted the color orange, wearing orange hats, armbands, facemasks, and/or orange duct tape applied to helmets or other items of clothing to identify their affiliation with each other.

---

[1] The Proud Boys is a nationalist organization with multiple U.S. chapters and potential activity in other Western countries. The group describes itself as a "pro-Western fraternal organization for men who refuse to apologize for creating the modern world; aka Western Chauvinists." Proud Boys members routinely attend rallies, protests, and other events where they sometimes engage in violence against individuals whom they perceive as threats to their values. The group has an initiation process for new members, who often wear yellow clothing or accessories or other apparel adorned with the Proud Boys logo to events.

A publicly available photograph shows the defendant walking on January 6, 2021, with a group of individuals who identified themselves as Proud Boys walking near the Washington Monument.[2]



**PHOTOGRAPH 3:** *The defendant walked with a group of individuals who identified themselves as Proud Boys towards the U.S. Capitol from the Washington Monument on January 6, 2021.*

As the defendant neared the U.S. Capitol, he was again seen walking with a group of individuals—some of whom are wearing orange clothing or orange markings on their clothes. The defendant is walking next to an individual who is yelling through a bullhorn: WHOSE STREETS?

The group can be heard yelling in response: OUR STREETS.[3] At the front of the group with a bullhorn of his own is Proud Boys organizer and separately indicted defendant Joe Biggs.[4]

---

[2] https://media4.s-nbcnews.com/j/newscms/2021_05/3446596/210201-proud-boys-capitol-ew-1127a_f3159ad2a01afd6f193a251280531003.fit-2000w.jpg
[3] https://youtu.be/oN5uqwPcsPo
[4] https://youtu.be/DHessyWYXqM



*SCREENSHOT 5: The defendant walked with a group of individuals led by Proud Boys organizer Joe Biggs, some of whom were dressed in orange, towards the U.S. Capitol on January 6, 2021. After the man with the bullhorn asked: WHOSE STREETS? the crowd responded: OUR STREETS!*

The group encountered its first barricades at approximately 12:55 PM.[5] After a brief period, the group breached that barricade, and soon thereafter the group breached a second barricade on Pennsylvania Walkway.[6] The group soon flooded the Lower West Plaza.[7] At a certain point, law enforcement agents deployed what appears to be a chemical irritant into the crowd, and the defendant can be heard yelling: THEY'RE SPRAYING! HEY, WATCH OUT![8]



*SCREENSHOT 6: The defendant ran away from law enforcement agents that were deploying what appears to be a chemical irritant while yelling: THEY'RE SPRAYING! HEY, WATCH OUT!*

---

[5] https://youtu.be/N1cIEdzmcWs
[6] Id.
[7] Id.
[8] https://youtu.be/IBUOVQmE5GQ

The defendant is again seen in the Lower West Plaza as the crowd continued to fill in around him.[9] At a certain point, some sort of explosive device detonated in the crowd near the defendant. The flash of the detonation is visible in Screenshot 9 below.

 



*SCREENSHOTS 7, 8, 9: (left to right, top to bottom) The defendant looked towards the North West inauguration scaffolding; the defendant plugged his ears; and an unidentified explosive device detonated.*

---

[9] https://youtu.be/MrW1bD9IaoU

After the detonation of the explosive device, the crowd sang The Star-Spangled Banner, giving especial emphasis to the line: The bombs bursting in air. The defendant then pointed towards the Senate Wing of the Capitol and began moving in that direction.









***SCREENSHOTS 10, 11, 12, 13:*** *(top to bottom) The defendant stood in front of the unidentified videographer after the crowd sang The Star-Spangled Banner; the pointed towards the scaffolding/the Senate Wing of the Capitol (where he would eventually enter); the defendant began walking in that direction; and the defendant continued walking in the direction of the Senate Wing doors.*

Law enforcement agents reviewed CCTV footage from approximately the same time that the defendant posted photographs and videos to his social media accounts. While doing so, law enforcement agents viewed the defendant with what appeared to be a cellphone recording or streaming video while inside the U.S. Capitol. As can be seen in the screenshots below, the CCTV footage matches the footage uploaded to social media accounts by the defendant.

 

*SCREENSHOTS 14, 15: (left) A screenshot from U.S. Capitol CCTV showing defendant JACKSON filming/streaming a video of an unidentified man in yellow just inside a window of the U.S. Capitol, and (right) a screenshot from an Instagram Story defendant Micajah J. JACKSON posted to his Instagram account (@micajahjackson) showing the same unidentified man in yellow. (The light blue circles and red box were digitally added by your affiant for clarity and are not present in the original videos.)*

The screenshots below are portions of certain publicly available videos where the defendant is seen inside the hallways of the Capitol and inside the National Statuary Hall.[10] [11] [12]

---

[10] https://twitter.com/Shermichael_/status/1346915565089206272
[11] https://twitter.com/bresreports/status/1346906836805578755
[12] https://youtu.be/CSF5FHIGlbg



**SCREENSHOTS 16, 17, 18:** *(left to right) The defendant walked through various areas of the Capitol building, including the hallway leading to the National Statuary Hall and the National Statuary Hall itself. Some sort of smoke, fog, cloud, or haze is visible to varying degrees in these screenshots.*

The defendant eventually left the Capitol and can again be seen on publicly available photographs and videos on the Central East Stairs of the Capitol and in the Eastern Plaza.[13]



**PHOTOGRAPH 4:** *The defendant looked back toward the Capitol while standing on the Central East Stairs of the Capitol. The yellow circle and enlargement of the defendant were added for clarity.*

---

[13] https://www.gettyimages.com/detail/news-photo/supporters-of-us-president-donald-trump-protest-outside-the-news-photo/1230454767

The defendant is subsequently seen walking down the Central East Stairs and speaking with an unidentified individual in the Eastern Plaza.[14]





*SCREENSHOTS 19, 20: (top to bottom) The defendant walked into the Eastern Plaza and talked with an unidentified individual.*

---

[14] https://youtu.be/oy6Wyeqvsx0

On March 24, 2021, FBI agents, including your affiant, conducted a non-custodial interview of the defendant at his residence. During the interview, the defendant stated in sum and substance that he entered and remained inside of the U.S. Capitol and that he did so without permission. The defendant identified the Instagram accounts @micajahjackson and @thejfkreport as his. When FBI agents showed defendant Photograph 1 and Photograph 2 (above), the defendant identified the individual in those photos as himself. When shown Screenshot 14 (above, but without the light blue circle) from the U.S. Capitol CCTV video, the defendant also identified the individual in the screenshot as himself. The defendant stated that the black backpack he is seen wearing contained medical supplies.

The defendant stated that he had traveled alone to Washington D.C. to attend the rally scheduled for January 6, 2021. When asked about the orange armband, the defendant stated in sum and substance that a group of Proud Boys from Arizona gave him the orange armband. The armband appears to be bright orange electrical/duct tape that is wrapped around the defendant's left bicep.

The defendant stated that he did not know and was not associated with the Proud Boys prior to January 6, 2021. The defendant further stated that the only reason he was with the Proud Boys on that date was because he had traveled to Washington, D.C., alone. The defendant further stated that he just wanted to meet up with other people from Arizona. The defendant further stated that he is not affiliated with the Proud Boys and does not support their ideology.

On May 12, 2021, an individual with whom the defendant is connected on social media and whose account is public, posted the following screenshot, allegedly written by the defendant in which the defendant again claims no association with the Proud Boys. The post had the following caption:

> @thejfkreport is being politically persecuted for simply being at Jan 6th. While BLM gets away with everything, and while we have open borders and lawlessness all over. #ABOLISHtheFBI #BigTechCensorShip #NovIIIStolen

The Instagram account @micajahjackson left the comment: 🖤 🖤 on the post. The Instagram account @thejfkreport left the following comment in response to another user:

> @[] They [the FBI] are taking me to Florence once charges pend. That's 90 minutes away from where I live. Florence is the roughest jail in the U.S. They haven't charged me yet because they don't know what to charge me with for not being violent and walking with PB.



**SCREENSHOT 21:** *A post from one of the defendant's social media connections allegedly written by the defendant in which he claims that he is being politically persecuted, that he has evidence that "BLM, Antifa, DC Cops, and Non Trump extremist [groups]" caused all the mayhem. The defendant then ends by stating: This is only the beginning phase.*

Previously, that same account posted a picture of the defendant (tagged as @thejfkreport) together with several other unidentified males and the caption: KAGA CREW. One comment to the picture—a comment which was liked by the poster—stated: All you need is some body armor and ARs and you'll be ready to take your state back.



**SCREENSHOT 22:** *A post from the defendant's same social media connection as Screenshot 21 where the defendant is tagged, and a comment encourages using body armor and assault rifles to "take your state back." The defendant's shirt appears to read: I STILL HATE COMMIES EVEN AFTER THEY CHANGED THEIR NAME TO LIBERALS.*

The defendant shared that same photograph on his account (@thejfkreport) with the caption:

Saturday is for the Boyz us 🫖 🏛️ 🎥 👀 [ . . . ]Arizona's Patriot Squad 🐍.

A second individual—who is connected with the defendant on social media and who is also tagged in Screenshot 22 (above) with the defendant—posted a video on December 14, 2020. The post has the caption:

Thousands of #ProudBoys patrolling the streets of #DC for communist scum. #uhuru



**SCREENSHOT 23:** *A post from a second social media connection of the defendant who is tagged in the group picture with the defendant in Screenshot 22. An individual in the screenshot is seen wearing a black hooded sweatshirt with the yellow Proud Boys logo and the words, "Stand Back, Stand By" and the caption reads: Thousands of #ProudBoys patrolling the streets of #DC for communist scum. #uhuru*

Your affiant is including this information about the defendant's social media accounts because while the defendant has repeatedly claimed to not be affiliated with any Proud Boys, there is evidence through his social media connections that contradicts that claim. Your affiant does not intend for the screenshots of posts made by the defendant's social media connections to be used for any reason other than as evidence of defendant's intent in violating the subsequent statutes or to contradict the self-serving statements made by the defendant to the FBI.

Based on the foregoing, your affiant submits that there is probable cause to believe that Micajah Joel JACKSON violated 18 U.S.C. §§ 1752(a)(1) and (2), which make it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions or attempts or conspires to do so. For purposes of 18 U.S.C. § 1752, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Micajah Joel JACKSON violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_Andrew Tews_

Andrew M. Tews, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 14th day of May 2021.

2021.05.14
17:11:34 -04'00'

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00428 |
| | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 5/14/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| MICAJAH JOEL JACKSON | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Micajah Joel Jackson                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
            Lawful Authority
40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:    May 14, 2021

2021.05.14
17:10:28 -04'00'

*Issuing officer's signature*

City and state:        Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

**DATE:** May 19, 2021    **CASE NUMBER:** 21-3094MJ

**USA vs. Micajah Joel Jackson**

☒ **PERSONAL RECOGNIZANCE**
☐ **AMOUNT OF BOND**_____
      ☐ **UNSECURED**
      ☐ **SECURED BY**
      **SECURITY TO BE POSTED BY**_____
**NEXT APPEARANCE May 24, 2021 at 1:00 PM EST or as directed through counsel**
☒ **Via Zoom meeting before Magistrate Judge Robin M. Meriweather**

```
        ✓ FILED        ___ LODGED
        ___ RECEIVED    ___ COPY

             MAY 19 2021

       CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
    BY                    DEPUTY
```

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the Court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

## IT IS ORDERED THAT DEFENDANT IS SUBJECT TO THE FOLLOWING CONDITIONS AND SHALL:

☒ promise to appear at all proceedings as required and to surrender for service of any sentence imposed.

☒ not commit any federal, state or local crime.

☒ cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒ IMMEDIATELY advise the court, defense counsel and U.S. Attorney in writing of change in address/telephone number.

☐ maintain or actively seek verifiable employment or combination of work/school if defendant is physically or medically able and provide proof of such to Pretrial Services.

☒ Defendant may travel directly to the prosecuting district, and through all states and counties in between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences only unless express PRIOR Court or Pretrial Services permission is granted to do so.

☒ avoid all direct or indirect contact with persons who are considered alleged victim(s), potential witness(es), family members of victim(s)/witness(es).

☒ report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350.

☐ report as directed to the U.S. PROBATION OFFICE 602-322-7400 and abide by all terms of conditions of Supervised Release/Probation.

☐ not drive without a valid driver's license.

☐ execute an agreement to forfeit upon failing to appear as required, the bond or designated property:_____

☐ be placed in the third party custody of_ and shall reside with the third-party custodian unless Pretrial Services approves the defendant to reside elsewhere.

☒ refrain from ☒ any ☐ ~~excessive~~ use of alcohol. The defendant shall participate in alcohol treatment, submit to alcohol testing and make copayment toward the cost of such services as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.

☒ not use or possess a narcotic drug or other controlled substance as defined by 21 U.S.C. § 802 unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.

☐ surrender all travel documents to Pretrial Services by _____ and will not obtain a passport or other travel document during the pendency of these proceedings.

☐ not obtain a passport or other travel documents during the pendency of these proceedings.

☐ maintain or commence an educational program and provide proof of such to Pretrial Services.

☒ not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.

☐ abide by specified restrictions on personal associations, place of abode or travel.

☒ maintain weekly contact with his/her attorney by Friday, noon of each week.

☐ timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of $_____

☐ not obtain any new financial accounts without prior notification and approval of Pretrial Services.

☒ participate in a mental health treatment program and comply with all the treatment requirements including taking all medication prescribed by the mental health care provider and make a copayment toward the cost of such services as directed by Pretrial Services.

☐ resolve all pending lower court matters and provide proof of such to Pretrial Services.

☐ participate in a Specialized Treatment Program and comply with all treatment requirements including taking all medications prescribed by a physician/psychiatrist and make a copayment toward the cost of services as directed by Pretrial Services.

☐ register as a sex offender in compliance with all federal, state, tribal or local laws or as ordered by the court. Failure to comply with registration laws may result in new criminal charges.

☒ Defendant shall advise Pretrial Services of any travel outside of Arizona, and defendant is restricted from traveling outside of the continental United States without prior approval of Pretrial Services.

☒ Defendant shall not associate with the Proud Boys or with any person the defendant knows to be associated with the Proud Boys.

## ADVICE OF PENALTIES AND SANCTIONS

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense, the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim or informant; retaliate or attempt to retaliate against a witness, victim or informant; or or intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the condition of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more - you will be fined not more than $250,000 or imprisoned for not more than ten years or both;
(2) an offense punishable by imprisonment for a term of five years or more but less than fifteen years - you will be fined not more than $250,000 or imprisoned for not more than five years or both;
(3) any other felony - you will be fined not more than $250,000 or imprisoned not more than two years or both;
(4) a misdemeanor - you will be fined not more than $100,000 or imprisoned not more than one year or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture on any bond posted.

USA v. <u>Micajah Joel Jackson</u>    CASE NUMBER <u>21-3094MJ</u>

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE | SIGNATURE OF DEFENDANT |
|------|------------------------|
| 05/19/2021 | _For Mr. Jackson_ |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF CUSTODIAN(S)

Directions to United States Marshal:

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions of release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

**The U.S. Marshal is directed to bring the defendant bag and baggage to the Courthouse on_ for release from the U.S. Marshals Service office at 8:30 a.m.**

DATE:___May 19, 2021_____

_Michael T. Morrissey_

MICHAEL T. MORRISSEY
United States Magistrate Judge

USA, PTS/PROB, USM, DEFT, DEFT ATTY

# UNITED STATES DISTRICT COURT
For the District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **21-03094MJ-002-PHX-MTM** |
| | ) | |
| **Micajah Joel Jackson** | ) | Charging District:     District of Columbia |
| *Defendant* | ) | Charging District's Case No.   1:21-mj-00428-ZMF-1 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| **Place**: Zoom meeting | **Courtroom No.:**  Zoom meeting | |
|---|---|---|
| MAGISTRATE JUDGE: Robin M. Meriweather | **Date:** **Time:** | May 24, 2021 1:00 PM EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:            May 19, 2021

Michael T. Morrissey

Honorable Michael T. Morrissey
United States Magistrate Judge

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-03094-MTM-2

Case title: USA v. Jackson                     Date Filed: 05/18/2021
Other court case number: 1:21-mj-00428-ZMF-1 District of     Date Terminated: 05/19/2021
Columbia - Washington, DC

Assigned to: Magistrate Judge Michael T
Morrissey

**Defendant (2)**

**Micajah Joel Jackson**                represented by    **Todd Paul Romero**
45776-509                                                 Suzuki Law Offices LLC
*TERMINATED: 05/19/2021*                                  2929 E Camelback Rd., Ste. 224
                                                          Phoenix, AZ 85016
                                                          602-682-5270
                                                          Fax: 480-907-1571
                                                          Email: todd@suzukilawoffices.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

18:1752(a)(1)(2) - Knowingly Entering in
any Restricted Building or Grounds Without
Lawful Authority

**Plaintiff**

**USA**                                         represented by    **William G Voit**

US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7685
Email: William.Voit@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2021 | 1 | Arrest (Rule 5 warrant issued out of District of Columbia, Washington, DC) of Micajah Joel Jackson. (MSA) (Entered: 05/18/2021) |
| 05/19/2021 | 2 | NOTICE OF ATTORNEY APPEARANCE: Todd Paul Romero appearing for Micajah Joel Jackson . (Romero, Todd) (Entered: 05/19/2021) |
| 05/19/2021 | 4 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael T Morrissey: Initial Appearance in Rule 5(c)(3) Proceedings as to Micajah Joel Jackson held on 5/19/2021. Retained attorney, Todd Romero, appears for defendant. Rule 5(c)(3) Identity Hearing waived. The Court finds identity is established. Preliminary Hearing waived. Finding: Defendant held to answer before District Court. Detention Hearing submitted. The government is not seeking detention. Defendant released on own recognizance with conditions. Order to Appear to issue.<br><br>**Appearances**: AUSA William Voit for the Government, retained attorney Todd Romero for defendant. Defendant is present telephonically from CoreCivic and in custody. (Recorded by COURTSMART.) Hearing held 12:59 PM to 1:13 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CIS) (Entered: 05/19/2021) |
| 05/19/2021 | 5 | ORDER: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.<br><br>Ordered by Magistrate Judge Michael T Morrissey. (CIS) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 05/19/2021) |
| 05/19/2021 | 6 | ORDER Setting Conditions of Release as to Micajah Joel Jackson. Signed by Magistrate Judge Michael T Morrissey on 5/19/2021. (CIS) (Entered: 05/19/2021) |
| 05/19/2021 | 7 | ORDER OF REMOVAL to District of Columbia as to Micajah Joel Jackson. Defendant to appear before Magistrate Judge Robin M Meriweather via Zoom meeting on May 24, 2021 at 1:00 PM EST. Signed by Magistrate Judge Michael T Morrissey on 5/19/2021.(CIS) (Entered: 05/19/2021) |
| 05/19/2021 | 8 | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Micajah Joel Jackson. Your case number is: 1:21-mj-00428-ZMF-1. Please use PACER Court Links to access the public docket and documents.<br><br>*(If you wish to designate a different email address for future transfers, please send your* |

*request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (CIS)
(Entered: 05/19/2021)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/20/2021 12:46:44 | | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-mj-03094-MTM |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**