UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-CR-484 (RDM)** |
| | : | |
| **MICAJAH JOEL JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |

### UNOPPOSED MOTION TO EXTEND GOVERNMENT'S SENTENCING MEMORANDUM DEADLINE BY SEVEN DAYS

The United States of America hereby requests that this Court extend the deadline for the government's sentencing memorandum, set on the docket in its MINUTE ORDER dated November 22, 2021, for a period of seven days. This would require the government to file its sentencing memorandum as to the defendant by no later than February 18, 2022. As defense counsel has already filed her sentencing memorandum, at this time, the government is not asking the Court to continue the sentencing hearing, which is currently set for February 25, 2022. No prior extensions have been sought and the government is not making this request to delay the sentencing or for any other improper purpose.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

The government has conferred with counsel for defendant, and she indicated that the government's request for an extension of seven days to file its sentencing memorandum may be filed as unopposed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant United States Attorney
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov