Rev. Michael W. Koepke

██████████████

January 28, 2022

Re: Micajah Jackson

To: The Honorable Judge Randolph D. Moss

I first met Micajah Jackson about two years ago, after he contacted me in his search to find a church home. From our first meeting, he struck me as a young man whose desire to grow closer to the Lord and to pattern his life according to God's will went beyond his years. Over the past two years I have greatly enjoyed my interactions with Micajah and have always found him to be highly respectful of others and ready to help them in any way he can. For this reason I was surprised and dismayed when I learned of the charges that had been brought against him, as they seemed out-of-character for Micajah. The news stories I saw presented him as a completely different person from the one I had come to know.

Micajah has always been a highly dedicated member of our church family. He faithfully attended the classes required of him to become a member of our church and was always attentive and fully engaged. He regularly attends worship services every Sunday and invites friends to join him whenever possible because he cares about their spiritual well-being. He freely volunteers many hours of his time at every church work day we have, happy to tackle whatever projects or tasks he is asked to do. In our congregational meetings, he has initiated discussion on projects our church could undertake that would enable us to better serve the needs of the people in our community. He even leads a Bible study at church on Saturday mornings, inviting others to join him in his journey to grow closer to God and better serve those around him in Christian love.

In my discussions with Micajah, I have also come to know him as an individual who cares deeply about his family. He is willing to travel great distances to be with various members of his family and invest in maintaining and building those relationships. In short, I have seen nothing in Micajah to indicate that he poses any threat to the safety and well-being of the people around him. On the contrary, Micajah is a young man with a big heart who has a strong desire to make the world a better place to live in, and it is clear to those who know him that he loves to do whatever he can to improve the lives of those with whom he is in community.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the charges brought against him, I and many others have been greatly blessed by Micajah's presence and service in our midst. I believe him to be an upstanding citizen and an altruistic member of society.

Sincerely,

Rev. Michael W. Koepke