Mr. Micajah Joel Jackson

████████

February 1st, 2022

TO: Honorable Judge Mr. Randolph D. Moss

Dear Honorable Judge Moss,

      I come to you today to write a sincere letter. I cannot take back the events that occurred on January 6th, 2021, but God as my witness. I can truthfully say I did not take part of any of the mayhem that occurred. However, I do acknowledge as a young Marine veteran that I am guilty of association for being mixed within the unruly crowd. History happened and our country suffers greatly from the massive political division. January 6th was not a gorgeous day that many Americans claim it to be. January 6th was a dark day for every American citizen. As a Marine, I failed to uphold myself to a higher standard that I was trained to be. During the chaotic event ████████ put me in a Fight or Flight risk. I did not realize what was all going on until ████████████████████████, speaking with my attorney, and seeing all the media reports. Therefore, my actions require consequences by the rule of law to be held in our country.

      The mayhem that occurred outside and inside our sacred United State Capitol was uncalled for. Americans went far beyond the First Amendment to peacefully petition the government. I was bothered by the severe tribalism among my American brothers & sisters. To this day I cannot fathom why Americans were dressing up our statues with symbolic gear which was disrespecting our founding father's legacy. Americans' citizens got sucked into the moment and participated in unlawful actions. Which witnessing those actions lead me to be judged by you Honorable Judge Moss under our Holy witness of God Almighty.

      I am young man figuring out my purpose in life from many of the traumatic events that occurred in my lifetime. My parents separated from an early age. ████████████████████████████████████████████████████████████████████████████████████████ I found a purpose in my life through politics and being a sports official. Through God I found sobriety from alcohol. December of 2021 was my third year of alcohol sobriety. I am currently enrolled in school studying to be a Political-Philosopher Professor. God, Family, Politics, Government, Christianity, and love for America is all I have in this life.

      The day is coming when I will have to face the court for sentencing. I will humbly accept any sentencing the court decides that fits my punishment. I will serve my punishment honorably and maintain my humbleness. It is your duty as a Judge to rule and uphold the rule of law in the United States of America. I am ready to move on from this moment in life to continue

to live peacefully among our great nation. I have learned a lot about myself during this entire process and understanding the severity of January 6th. I will pray for the court, I pray for our nation, I pray for unity once again, and I pray for the United States of America.

"Flee the evil desires of youth and pursue righteousness, faith, love, and peace, along with those who call on the Lord out of a pure heart." – Timothy 2:22

God Bless,

*Micajah Joel Jackson*
2/01/2022

Mr. Micajah Joel Jackson