1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                          Criminal Action
4              Plaintiff,                 No. 1:21-cr-484

5         vs.                             Washington, DC
                                          March 24, 2022
6    MICAJAH JOEL JACKSON,
                                          2:05 p.m.
7              Defendant.
     _____/
8

9         TRANSCRIPT OF CONTINUED VIDEO SENTENCING HEARING
            BEFORE THE HONORABLE RANDOLPH D. MOSS
10               UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Government:     SEAN MURPHY
13                           U.S. Attorney's Office for the
                             District of Puerto Rico
14                           Torre Chardon, Suite 1201
                             350 Carlos Chardon Avenue
15                           San Juan, PR 00918

16
     For the Defendant:      MARIA JACOB
17                           Federal Public Defender's Office
                             625 Indiana Ave, N.W.
18                           Washington, DC 20004

19

20

21

22

     Court Reporter:         JEFF M. HOOK
23                           Official Court Reporter
                             U.S. District & Bankruptcy Courts
24                           333 Constitution Avenue, NW
                             Room 4700-C
25                           Washington, DC 20001

1          **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  This is criminal action 21-484, the

3   United States of America v. Micajah Joel Jackson.  The

4   defendant is appearing by video.  Also by video for the

5   Government, Sean Murphy; for defendant, Maria Jacob; and

6   from probation, Crystal Lustig.

7          **THE COURT:**  Well, good afternoon everyone.  We're

8   continuing the sentencing in the case of the United States

9   vs. Micajah Joel Jackson, 21-cr-484.  I will order that

10  nobody record or rebroadcast these proceedings.  My

11  recollection is that we had gotten up to the point of me

12  making a decision about the proper sentence to impose and

13  explaining my rationale.

14          Is that what everyone recalls as well?

15          **MS. JACOB:**  Yes, Your Honor.

16          **MR. MURPHY:**  Yes, Your Honor.

17          **THE COURT:**  And I've reviewed your supplemental

18  filings, and they were helpful, so I appreciate that.  Let

19  me ask, is there anything else, Ms. Jacob, that you'd like

20  to add at this point or that Mr. Jackson would like to add?

21          **MS. JACOB:**  No, Your Honor, unless the Court has

22  any questions.

23          **THE COURT:**  And Mr. Murphy, anything further?

24          **MR. MURPHY:**  If I may just very briefly, Your

25  Honor.

1          **THE COURT:**  Yes.

2          **MR. MURPHY:**  I did just want to take a moment to

3     expand a little bit about the comparisons that can be drawn

4     between the Little case and the case that's currently before

5     Your Honor -- that being the case of Mr. Jackson.  In the

6     supplemental notice, we attached the memorandum opinion from

7     Judge Lamberth.  But there are some things that he did say

8     in that opinion that I think are worth consideration by this

9     court.

10          In that opinion, Judge Lamberth recognized that

11     others, like Defendant Little, did not directly assault

12     officers.  But even Little, and those who engaged in this

13     lesser criminal conduct, were an essential component to the

14     harm.  And that's from page two of Judge Lamberth's

15     memorandum opinion.  And I think similarly, Defendant

16     Jackson was an essential component to that harm.  Defendant

17     Little unlawfully entered the Capitol, despite conceding

18     that he witnessed law enforcement officers deploying tear

19     gas and firing rubber bullets to disperse rioters attempting

20     to enter the Capitol.  The statement of facts clearly

21     establishes that Micajah Jackson saw just as much, if not

22     more; but still he, like Little, proceeded to enter the

23     Capitol.  I think Judge Lamberth's reasoning that many of

24     these cases demand lengthier involvement to the court to

25     afford adequate deterrence to criminal conduct and protect

1   the public from further crimes of the defendant is

2   especially relevant to this case.

3          Even going further, Little believed that

4   January 6th was a setup or a trap.  Just like the Government

5   proffered earlier, Mr. Jackson has continued to insist that

6   it was a psychological operation or a psy-ops.  It's

7   worth -- because the word -- or the phrase dark day was

8   given some consideration in the previous iteration of the

9   sentencing hearing, it's worth a little discussion I think

10  here as well.  I did go back -- I referenced the interview

11  that Mr. Jackson gave that I was aware of but hadn't had a

12  chance to watch.  I went back and watched that, and in that

13  he did talk about the phrase dark day.  And specifically

14  what he meant by it, he says:  "January 6th was a dark day.

15  I call it the D.C. massacre.  There was nothing glorious

16  about that day.  Citizens were attacked by the government.

17  People got agitated.  People fought back."

18         So even that use of the term dark day, it's almost

19  as if it's being held out to the Court as if, yes, I

20  recognize to the Court that it was a dark day, because a key

21  component of our democratic process was disrupted and I was

22  a part of that.  And instead, it's being used to say that it

23  was a dark day because citizens were attacked by the

24  government; people got agitated and fought back because they

25  were attacked; and that it was dark because it was what he

1  calls the D.C. massacre.  So I think that goes to the

2  defendant's remorse, and also plays into the analysis that

3  Judge Lamberth set forth in the Little opinion about why, as

4  he states:  "The imposition of a split sentence is not only

5  permitted by statute, but it's warranted by the

6  circumstances of this case."  Those were his words as to

7  Little, and I think the exact same thing can be said as to

8  Mr. Jackson.

9       **THE COURT:**  Can I ask you, in Little, the

10  Government requested a split sentence of 30 days

11  imprisonment and 36 months of probation.  And here, the

12  Government is seeking 60 days of imprisonment.

13       What's the difference between this case and Little

14  that would justify a different sentence?

15       **MR. MURPHY:**  Your Honor, I believe that the

16  difference in this case is the fact that Mr. Jackson wasn't

17  only part of the mob that went into the Capitol, but he's

18  also -- as previously proffered, he was one of the first

19  onto the west plaza.  He was right there at the front.  He

20  had marched with the Proud Boys from the Washington Monument

21  to the Capitol lending his body to their numbers, even if he

22  continues to disclaim affiliation with them.

23       He was right there with Ethan Nordean on the west

24  plaza shouting oath breakers in the faces of the Capitol

25  Police.  He was one of the first up the stairs by the

1   northwest scaffolding.  He was one of the first in the

2   Senate wing door.  He made his way through the Capitol to an

3   extent that Little did not.  He was there with the group

4   that was attacking and really on the threshold of the

5   chamber of the House, and only dispelled when a chemical

6   irritant was deployed.  It's that -- and it was only then

7   that he made his way back to the rotunda and left out the

8   east rotunda doors.  And all of that is an involvement in

9   the events of January 6th to an extent that Little did not

10  have.

11          But also, the level of -- to which he's gone to

12  continue to justify his actions and disclaim responsibility.

13  In his -- he didn't just say it was a setup.  He has gone on

14  to claim it was, as I stated previously, a psychological

15  operation, and to have this kind of face that he puts to the

16  Court and then face that he puts out to the world in social

17  media through his various platforms.  Even in the second

18  sentence of his letter to the Court, he says:  "I can

19  truthfully say that I did not take part in any of the mayhem

20  that occurred."  Well, that just isn't how it happened.  To

21  say he was not part of any of the mayhem that occurred when

22  he marched with a fringe group from the Washington Monument

23  to the Capitol, was on the front lines of those yelling in

24  the faces of Capitol police officers, and did all of those

25  things that I just described; and then to say he was only,

1    quote, guilty of association, it's a type of cognitive

2    dissidence that allows him to both kind of say that he's

3    sorry but maintain that it was wrong, and that it was a dark

4    day because the government attacked its people.

5            So whereas a lot of it is comparable roughly, his

6    is a greater degree.  And I believe that greater degree

7    justifies the additional 30 days.

8            **THE COURT:**  Okay, thank you.  Ms. Jacob?

9            **MS. JACOB:**  Yes, Your Honor, I would like an

10   opportunity to respond to the Government.  This case is

11   different than the Little case.  The actual alleged

12   government -- sorry, the alleged conduct on that day was

13   that Little made it all the way to the Senate gallery, and

14   that he was almost kind of boasting.  The Government was

15   alleging in that case that he was boasting.  He took

16   pictures with his friends.  He allegedly sent a text to an

17   individual where he boasted that he just took the -- that he

18   just took the Capitol or that we just took the Capitol and

19   that we're stopping treason.  That alleged conduct in Little

20   I think separates Mr. Jackson substantially, because that's

21   not what happened in Mr. Jackson's case.  He did not -- he

22   did not have that same kind of like alleged disrespect while

23   in the Capitol building, and he did not go to the Senate

24   gallery.  So I think that's an important difference.

25           As far as the Government's speculation as to his

1     intentions by using the phrase dark day, I think that's just

2     it, it's speculation.  They're going to a great length right

3     now just to say that because he used that phrase in his

4     apology letter to the Court, that that's what he meant based

5     on another interview.  And I just don't think that's fair.

6     I think that when he said he was guilty by association, he

7     meant because he -- you know, he chose to follow the Proud

8     Boys that day.  He was not a member of the Proud Boys, does

9     not believe in their ideologies, but I think that's what he

10    meant in that letter.

11            So I think the Government's trying to pick apart

12    his every word to say that he's not remorseful.  But there

13    can be a line drawn in the sense that it's not mutually --

14    it's not mutually exclusive to, one, believe that the

15    Government was somehow involved in some kind of corrupt way

16    in the whole January 6th events; and also be sorry for his

17    specific criminal conduct to which he's pleading guilty to

18    right now.  I don't think the two are mutually exclusive,

19    and so I don't think that it would be fair to punish him for

20    those views and say that because he has those views, he's

21    not sorry for what he did on that day.

22            THE COURT:  Okay, thank you.  Mr. Jackson, would

23    you like to add anything else at this point?

24            THE DEFENDANT:  Can the Court hear me?

25            THE COURT:  Yes.

1        **THE DEFENDANT:**  Thank you, Your Honor; thank you,

2    sir.  It's just been a very stressful, long year dealing

3    with a lot of -- you know, my disability from the military.

4    I'd just like to move on with my life and do what I have to

5    do as a young man and keep learning and be part of society,

6    sir.

7        **THE COURT:**  I appreciate that, thank you.  So I've

8    given this case a fair amount of thought, quite a bit of

9    thought.  And first of all, although I do recognize that it

10   is a close question as to whether a court has authority to

11   impose a split sentence, and the fact that two highly

12   experienced judges like Judge Lamberth and Judge

13   Kollar-Kotelly came to different conclusions on that

14   question I think demonstrates that it is a close question.

15       I have to say, at least based on my current

16   thinking, I tend toward the Judge Lamberth view of the

17   statute.  The way I see it is that section 3551 sets forth a

18   general rule, and that general rule that it sets forth is

19   that courts can impose a term of probation, a fine or a term

20   of imprisonment.  And the use of "or" in that sentence is, I

21   think, somewhat ambiguous as to whether it's an inclusive or

22   exclusive or.  In the next sentence, it suggests that it is

23   perhaps an exclusive or, because it then specifies that a

24   sentence to pay a fine may be imposed in addition to any

25   other sentence, and therefore carves out an exception.  And

1    then it also notes that a sanction authorized by section

2    3554, 3555 or 3556 may be imposed in addition to the

3    sentence required by the subsection.  Those are the

4    provisions dealing with restitution and similar penalties.

5            But I think that the language of section 3551 is

6    not crystal clear.  Although, I do think that the better

7    reading of it is that it is exclusive, and that it's

8    indicating that absent an exception, that one of those --

9    that the Court can only impose one of those sentences.  But

10   then it clearly recognizes that there are exceptions; the

11   next sentence recognizes exceptions.  I don't really know

12   how one reads 3561 other than to at least implicitly

13   recognize a further exception for petty offenses.

14           I agree with Judge Lamberth's reasoning that the

15   phrase that is not a petty offense in 3561(a)(3) modifies

16   both same offense and different offense.  I don't know how

17   you read it other than that.  And I don't know, given that

18   language, where Congress has specified that probation is

19   unavailable where there has been a sentence to a term of

20   imprisonment except where you're dealing with a petty

21   offense.  That certainly I think cuts very much in favor of

22   the view that split sentences are available.

23           And I think that rationale and that reading of the

24   statute I think is not only the better reading of the two

25   provisions together, but I also think that it makes sense.

1   Because supervised release is not available for a petty

2   offense, but is available for a felony conviction.  And

3   therefore, there's no real reason why we need to impose a

4   probationary sentence when you're imposing a sentence of

5   incarceration for somebody convicted of a felony.  Because

6   the Court can achieve any of the same goals through

7   supervised release, and that's not possible with respect to

8   a petty offense.  So I think that's the more sensible

9   reading of it.

10          And so I realize this is an issue that various

11   parties continue to brief and continue to develop in the

12   case law, but that is my tentative view on the issue.  The

13   reason I say tentative view on the issue here is that after

14   giving it much thought, I'm not convinced that that's the

15   right sentence to impose here.  I want to explain my

16   reasoning and the sentence that I think is appropriate here

17   now, both for the benefit of Mr. Jackson, and also for the

18   record and for the public with respect to my considerations.

19          With respect to the nature of the offense, each

20   time a judge imposes a sentence in one of these cases, we

21   sound the same notes.  And I want to step back for a minute

22   and make clear that one ought not become desensitized to the

23   gravity of what happened that day simply because judges and

24   the litigants are doing this over and over again.  I don't

25   think we ever should be desensitized to how horrific the

1   events were of that day.

2           It was an assault on our democracy.  It was a

3   stain on this nation.  It is a stain that will endure in the

4   history books for generations to come.  It affects our

5   ability to convince nations around the world that they

6   should follow the path of democracy, that we are committed

7   to democracy.  It is just a chilling moment in history.  I

8   don't think any of us in our lifetimes have seen, and

9   hopefully we will never, ever see again, a moment in which

10  you question whether our democracy is under assault; and

11  whether, in fact, we are not going to have a peaceful

12  transition of power in this country.  And that is just about

13  as chilling as I can imagine.

14          I know, Mr. Jackson, that you have served your

15  country in the Marines.  Our country is indebted to you for

16  your service, and to the service of every other Marine and

17  member of the armed services for doing it.  But let's step

18  back for a moment.  I hope I can talk to you personally

19  about this, and ask you to step back for a minute and ask

20  why is it that you did that; why is it that Americans and

21  patriots have given their lives for this country, why they

22  have done this; why is it that we have done all of these

23  things.  It's ultimately to protect our way of life, and our

24  way of life is premised on notions of democracy.  There is

25  just nothing more sacred in this country than the peaceful

1    transition of power.

2            And the notion that some people, including quite

3    frankly a bunch of thugs -- and I'm not necessarily talking

4    about you here, but that there were a bunch of thugs that

5    day who thought they could interfere with our democratic

6    peaceful transition of power is just more disturbing than

7    one can possibly imagine.  There were people who purported

8    to be patriots who were doing this.  They are the exact

9    opposite of patriots in every possible meaning of the term.

10   They are people who hate their country if they are prepared

11   to do that.  The notion that they are prepared to interfere

12   with the peaceful transition of power in this country means

13   that they don't understand what this country stands for.

14           I hope that as a former Marine, and somebody who

15   cares deeply about his country, that you can just step back

16   for a moment.  Because what troubles me in your case is that

17   you were there and you were in the midst of it.  You didn't

18   engage in any violence, and that obviously weighs heavily in

19   the Court's consideration.  But you were at the forefront,

20   as Mr. Murphy says.  And it may be that your adrenaline got

21   going that day, and that there were other issues that are

22   presented in the papers in this case that I'm not going to

23   get into on the public record that affected your reaction to

24   what happened that day.

25           But you were at the forefront.  You were at the

1    top of the stairs.  You were one of the first to enter the

2    Senate wing door.  You were on the threshold of the House

3    chambers.  You were in the midst of it, and you knew you

4    shouldn't be.  There's no denying that.  You were shouting:

5    "They're spraying, they're spraying."  You knew that the

6    Capitol Police and the other officers who were there that

7    day were using chemical dispersants and irritants to try and

8    maintain some order in the Capitol and protect the Capitol,

9    and you went in anyway.  You made a huge, huge mistake that

10   day in doing that.  And I'm not saying that that huge

11   mistake that you made that day is something that is an

12   indelible portion of your character, but I think it's

13   something that you have to recognize.

14           I've been troubled by the fact that -- I think you

15   sent me a letter that said all the right things in it, but

16   you've done other things that suggest a lack of remorse; and

17   that you don't appreciate or are not prepared to accept what

18   actually happened that day and how serious it was, and the

19   role that you played in it.  I think as Judge Lamberth said

20   and noted in his Little opinion, it may be that people --

21   different people played very different roles that day, but

22   everyone who was there illegally was contributing to what

23   happened that day.  And I think people have to accept that,

24   and accept responsibility for what happened that day.

25           And I'm troubled by some of the statements that

1    you have made as recounted, for example, in the Government's

2    sentencing memorandum where you said that inside the Capitol

3    were government officials taking selfies, hugging the

4    protesters and giving them high fives, suggesting that the

5    violence and the destruction of property was at the hands of

6    Antifa; that police officers were beating children, women

7    and elderly people that day who were simply standing there.

8    Just none of that is true.  I think that it's really

9    essential that everyone who was involved in that accept

10   responsibility and appreciate it.

11          And I am troubled by the fact that at times you

12   say the right things, but at other times it's less clear to

13   me that you really have internalized that.  I'm asking you

14   as somebody who has served his country, and as somebody who

15   I believe cares about his country, to step back and to

16   really think about it, think about what it is that makes

17   this country great.  The number one thing is democracy.  We

18   see what goes on right now in other parts of the world with

19   people laying their lives down for democracy.

20          It's easy to take for granted how lucky we are

21   living in a country with democratic values; how lucky we are

22   to live in a country in which every four years, the people

23   decide who the president should be, and we accept that.  We

24   accept that, and we support the transition, the peaceful

25   transition of power.  It's so essential to what we are as a

1    country to do that.  What happened that day was so at odds

2    with that.  I think that one of the things that I'm going to

3    get to with respect to your sentence is an opportunity to

4    really come to grips with that, and to accept what happened

5    that day and to truly be remorseful about those events.

6           With respect to the types of sentences that are

7    available, the Government has sought 60 days of

8    incarceration with 36 months of probation and $500 of

9    restitution.  Defense counsel is seeking 24 months of

10   probation with the condition that you will serve two months

11   on home detention and complete 100 hours of community

12   service and $500 in restitution.  The probation office has

13   recommended a sentence of two years of probation, a $1,000

14   fine and $500 in restitution.

15          I've looked at and thought about other sentences

16   that have been imposed in other cases, and what I'm going to

17   do -- and I'll explain my reason for this in a second, is

18   I'm going to sentence you to 36 months of probation, a

19   $1,000 fine, $500 in restitution.  And I'm going to require

20   as a condition of your probation that you spend 90 days at a

21   halfway house or an RRC.  The reason for -- and just to

22   explain the reason I'm striking the balance this way in your

23   case is I think a sentence which simply has some period of

24   home confinement isn't really a great deal of a sentence.

25   You know, you can go home at the end of the day, just like

1  you go home at the end of every day you go to work, and

2  nothing really changes.  I'm concerned about a sentence of

3  incarceration in your case because of some of the material

4  that's set forth in the sealed materials in the docket.  I

5  don't want to get into that now, but I think that there are

6  reasons why in your case if it weren't for that I would

7  impose a sentence of incarceration.  But I think a sentence

8  of incarceration is inappropriate in light of that.

9          But I want you to have to remember every day that

10  you're just not going home to your same house or your

11  apartment as you would any other day, and that you're just

12  going on with your life.  I want you to go home at the end

13  of the day for the 90-day period to the RRC, the residential

14  reentry center, in a way that you can then use that as an

15  opportunity yourself to contemplate what has happened, and

16  to really appreciate the significance of these events.  And

17  what I really hope is that with some further contemplation,

18  that you really will demonstrate more broadly the remorse

19  that you indicated in your letter.

20          As I said, I'm not saying that you are an

21  inherently evil person, and you're personally the one who

22  was responsible above and beyond anyone else for the events

23  that happened that day.  But you were a piece of that.  I

24  think it's essential that you really accept that

25  responsibility, and appreciate the enormous value and good

1   fortune of living in a democratic nation in which the

2   peaceful transition of power is our highest moment, the

3   moment that should be most celebrated rather than attacked.

4   So that's my rationale, that's what I'm going to do.

5   Pursuant to the Sentencing Reform Act of 1984, and

6   in consideration of the provisions of 18 U.S.C. section

7   3553, it is the judgment of the Court that you, Micajah

8   Jackson, are hereby sentenced to a term of 36 months of

9   probation.  And as a condition of that term of probation,

10   you will be required to spend 90 days at the direction of

11   the probation office -- as directed by the probation office

12   at a residential reentry center.  In addition, you are

13   ordered to pay a special assessment of $10 in accordance

14   with 18 U.S.C. section 3013.  The Court --

15   **DEPUTY CLERK:**  Your Honor, I'm sorry to interrupt

16   you, I just wanted to catch you before you went through the

17   entire imposition.  You said 36 months of probation, but you

18   didn't state which count.

19   **THE COURT:**  Oh, I'm sorry.  Thank you, on count

20   four.  The Court authorizes supervision and jurisdiction of

21   this case to be transferred to the United States District

22   Court for the District of Arizona.  While on supervision or

23   probation, you shall abide by the following mandatory

24   conditions as well as the standard conditions of probation,

25   which are imposed to establish the basic expectations for

1    your conduct while on supervision.  The mandatory conditions

2    include you must not commit another federal, state or local

3    crime.  You must not unlawfully possess a controlled

4    substance.  You must refrain from any unlawful use of a

5    controlled substance.  You must submit to one drug test

6    within 15 days of placement on probation, and at least two

7    periodic drug tests thereafter as determined by the Court.

8         You must make restitution in accordance with 18

9    U.S.C. section 3663 and 3663A, or any other statute

10   authorizing the sentence of restitution.  You are ordered to

11   make restitution to the Architect of the Capitol in the

12   amount of $500.  The Court has determined that you do not

13   have the ability to pay interest, and therefore waives any

14   interest or penalties that may accrue on the balance.

15        You shall comply with the following special

16   conditions.  You must reside at a residential reentry center

17   for a term of 90 days.  You must follow the rules and

18   regulations of the center.  You must submit to substance

19   abuse testing to determine if you've used a prohibited

20   substance.  You must not attempt to obstruct or tamper with

21   the testing methods.

22        You must participate in a mental health treatment

23   program, and follow the rules and regulations of that

24   program.  The probation officer, in consultation with the

25   treatment provider, will supervise your participation in the

1    program.

2           You must provide the probation officer access to

3    any requested financial information, and authorize the

4    release of any financial information.  The probation officer

5    shall share financial information with the United States

6    Attorney's Office.  You're ordered to pay a fine in the

7    amount of $1,000.  The Court determines that you do not have

8    the ability to pay interest, and therefore waives any

9    interest or penalties that may accrue on the balance.

10           Having assessed the defendant's ability to pay,

11   payment of the total criminal penalties is due as follows.

12   Payment in monthly installments of $100 to commence 30 days

13   after the date of this judgment.  Restitution payments shall

14   be made to the Clerk of the Court of the United States

15   District Court for the District of Columbia for disbursement

16   to the following victim:  Architect of the Capitol, Office

17   of the Chief Financial Officer, Attention Kathy Sherrill,

18   CPA, Ford House Office Building, Room 52-205B, Washington,

19   D.C. 20515 in the amount of $500.  The financial obligations

20   are immediately payable to the Clerk of the Court of the

21   United States District Court at 333 Constitution Avenue, NW,

22   Washington, D.C. 20001.  Within 30 days of any change of

23   address, you shall notify of the Clerk of the Court of the

24   change until such time as the financial obligation is paid

25   in full.

1           The probation office shall release the presentence

2    investigation report to all appropriate agencies, which

3    includes the United States Probation Office in the approved

4    district of residence, in order to execute the sentence of

5    the Court.

6           Pursuant to 18 U.S.C. section 3742, you have a

7    right to appeal your conviction and sentence to the extent

8    permitted under your plea agreement.  If you choose to

9    appeal, you must file any appeal within 14 days after the

10   Court enters judgment.  As defined in 28 U.S.C. section

11   2255, you also have the right to challenge your conviction

12   entered or sentence imposed if new and currently unavailable

13   information becomes available to you or you claim that you

14   received ineffective assistance of counsel in entering a

15   plea of guilty to the offense or in connection with

16   sentencing.  And if you're unable to afford the cost of an

17   appeal, you may request permission from the Court to file an

18   appeal without cost to you.

19          Let me ask, pursuant to the D.C. Circuit's

20   decision in United States v. Hunter, Mr. Murphy, are there

21   any objections to the sentence imposed that have not been

22   noted for the record?

23          **MR. MURPHY:**  No, Your Honor.  Thank you.

24          **THE COURT:**  Ms. Jacob, anything that's not been

25   noted for the record?

1        **MS. JACOB:**  No, Your Honor.

2        **THE COURT:**  And Ms. Lustig, is there anything that

3   I need to add to make sure we've addressed all the proper

4   questions?

5        **MS. LUSTIG:**  No, Your Honor.  I believe you've

6   covered everything.  Thank you.

7        **THE COURT:**  Okay, thank you.  Kristin?

8        **DEPUTY CLERK:**  Yes.  We need a motion from the

9   Government regarding the remaining counts.

10        **THE COURT:**  Yes.  Mr. Murphy.

11        **MR. MURPHY:**  Yes, apologies.  We do move to

12   dismiss all remaining counts from the information at this

13   time.

14        **THE COURT:**  Ms. Jacob, I assume that is an

15   unopposed motion?

16        **MS. JACOB:**  That's correct, no objection.

17        **THE COURT:**  That motion is granted.  Well,

18   Mr. Jackson, I do -- I think you referred during your

19   remarks to wanting to put this behind you and get on with

20   your life, and I hope you can do that.  I do wish you well.

21   That was a bad day, but it's a day that you can put in the

22   past.  You've just got to think about the future and

23   conforming your conduct to the way you would want history to

24   look at you, and the type of person you would want history

25   to see you as.  I think you know what that is, and I wish

1    you well.

2         **THE DEFENDANT:**  Thank you, sir, I appreciate that.

3    God bless you all.

4         **THE COURT:**  Thank you, take care.

5         (Proceedings adjourned at 2:40 p.m.)

1                      **C E R T I F I C A T E**

2

3              I, **Jeff Hook, Official Court Reporter**,

4    certify that the foregoing is a true and correct transcript

5    of the remotely reported proceedings in the above-entitled

6    matter.

7                      **PLEASE NOTE:**  This hearing occurred during

8    the COVID-19 pandemic and is therefore subject to the

9    technological limitations of court reporting remotely.

10

11

12

13       June 6, 2022

14          **DATE**                        **Jeff M. Hook**

15

16

17

18

19

20

21

22

23

24

25

**$**

$1,000 [3]   16/13
  16/19 20/7
$10 [1]   18/13
$100 [1]   20/12
$500 [6]   16/8 16/12
  16/14 16/19 19/12
  20/19

**0**

00918 [1]   1/15

**1**

100 [1]   16/11
1201 [1]   1/14
14 [1]   21/9
15 [1]   19/6
18 [4]   18/6 18/14
  19/8 21/6
19 [1]   24/8
1984 [1]   18/5
1:21-cr-484 [1]   1/4

**2**

20001 [2]   1/25
  20/22
20004 [1]   1/18
2022 [1]   1/5
20515 [1]   20/19
205B [1]   20/18
21-484 [1]   2/2
21-cr-484 [1]   2/9
2255 [1]   21/11
24 [2]   1/5 16/9
28 [1]   21/10
2:05 [1]   1/6
2:40 p.m [1]   23/5

**3**

30 [4]   5/10 7/7
  20/12 20/22
3013 [1]   18/14
333 [2]   1/24 20/21
350 [1]   1/14
3551 [2]   9/17 10/5
3553 [1]   18/7
3554 [1]   10/2
3555 [1]   10/2
3556 [1]   10/2
3561 [2]   10/12
  10/15
36 [5]   5/11 16/8
  16/18 18/8 18/17
3663 [1]   19/9
3663A [1]   19/9
3742 [1]   21/6

**4**

4700-C [1]   1/24
484 [3]   1/4 2/2 2/9

**5**

52-205B [1]   20/18

**6**

60 [2]   5/12 16/7
625 [1]   1/17
6th [4]   4/4 4/14
  6/9 8/16

**9**

90 [3]   16/20 18/10
  19/17
90-day [1]   17/13

**A**

abide [1]   18/23
ability [4]   12/5
  19/13 20/8 20/10
above [2]   17/22
  24/5
above-entitled [1]
  24/5
absent [1]   10/8
abuse [1]   19/19
accept [8]   14/17
  14/23 14/24 15/9
  15/23 15/24 16/4
  17/24
access [1]   20/2
accordance [2]
  18/13 19/8
accrue [2]   19/14
  20/9
achieve [1]   11/6
Act [1]   18/5
action [2]   1/3 2/2
actions [1]   6/12
actual [1]   7/11
actually [1]   14/18
add [4]   2/20 2/20
  8/23 22/3
addition [3]   9/24
  10/2 18/12
additional [1]   7/7
address [1]   20/23
addressed [1]   22/3
adequate [1]   3/25
adjourned [1]   23/5
adrenaline [1]
  13/20
affected [1]   13/23
affects [1]   12/4
affiliation [1]
  5/22
afford [2]   3/25
  21/16
afternoon [1]   2/7
again [2]   11/24
  12/9
agencies [1]   21/2
agitated [2]   4/17
  4/24
agree [1]   10/14
agreement [1]   21/8
alleged [4]   7/11
  7/12 7/19 7/22
allegedly [1]   7/16
alleging [1]   7/15
allows [1]   7/2
almost [2]   4/18
  7/14
although [2]   9/9
  10/6
ambiguous [1]   9/21
AMERICA [2]   1/3 2/3
Americans [1]   12/20
amount [4]   9/8
  19/12 20/7 20/19

**analysis** [1]   5/2
Antifa [1]   15/6
apart [1]   8/11
apartment [1]   17/11
apologies [1]   22/11
apology [1]   8/4
appeal [5]   21/7
  21/9 21/9 21/17
  21/18
APPEARANCES [1]
  1/11
appearing [1]   2/4
appreciate [7]   2/18
  9/7 14/17 15/10
  17/16 17/25 23/2
appropriate [2]
  11/16 21/2
approved [1]   21/3
Architect [2]   19/11
  20/16
Arizona [1]   18/22
armed [1]   12/17
around [1]   12/5
assault [3]   3/11
  12/2 12/10
assessed [1]   20/10
assessment [1]
  18/13
assistance [1]
  21/14
association [2]   7/1
  8/6
assume [1]   22/14
attached [1]   3/6
attacked [5]   4/16
  4/23 4/25 7/4 18/3
attacking [1]   6/4
attempt [1]   19/20
attempting [1]   3/19
Attention [1]   20/17
Attorney's [2]   1/13
  20/6
authority [1]   9/10
authorize [1]   20/3
authorized [1]   10/1
authorizes [1]
  18/20
authorizing [1]
  19/10
available [5]   10/22
  11/1 11/2 16/7
  21/13
Ave [1]   1/17
Avenue [3]   1/14
  1/24 20/21
aware [1]   4/11

**B**

back [10]   4/10 4/12
  4/17 4/24 6/7 11/21
  12/18 12/19 13/15
  15/15
bad [1]   22/21
balance [3]   16/22
  19/14 20/9
Bankruptcy [1]   1/23
based [2]   8/4 9/15
basic [1]   18/25
beating [1]   15/6
become [1]   11/22

**becomes** [1]   21/13
behind [1]   22/19
benefit [1]   11/17
better [2]   10/6
  10/24
beyond [1]   17/22
bit [2]   3/3 9/8
bless [1]   23/3
boasted [1]   7/17
boasting [2]   7/14
  7/15
body [1]   5/21
books [1]   12/4
both [3]   7/2 10/16
  11/17
Boys [3]   5/20 8/8
  8/8
breakers [1]   5/24
brief [1]   11/11
briefly [1]   2/24
broadly [1]   17/18
building [2]   7/23
  20/18
bullets [1]   3/19
bunch [2]   13/3 13/4

**C**

call [1]   4/15
calls [1]   5/1
came [1]   9/13
can [17]   3/3 5/7
  5/9 6/18 8/13 8/24
  9/19 10/9 11/6
  12/13 12/18 13/7
  13/15 16/25 17/14
  22/20 22/21
Capitol [18]   3/17
  3/20 3/23 5/17 5/21
  5/24 6/2 6/23 6/24
  7/18 7/18 7/23 14/6
  14/8 14/8 15/2
  19/11 20/16
care [1]   23/4
cares [2]   13/15
  15/15
Carlos [1]   1/14
carves [1]   9/25
case [20]   2/8 3/4
  3/4 3/5 4/2 5/6
  5/13 5/16 7/10 7/11
  7/15 7/21 9/8 11/12
  13/16 13/22 16/23
  17/3 17/6 18/21
cases [3]   3/24
  11/20 16/16
catch [1]   18/16
celebrated [1]   18/3
center [4]   17/14
  18/12 19/16 19/18
certainly [1]   10/21
certify [1]   24/4
challenge [1]   21/11
chamber [1]   6/5
chambers [1]   14/3
chance [1]   4/12
change [2]   20/22
  20/24
changes [1]   17/2
character [1]   14/12
Chardon [2]   1/14

**C**

Chardon... [1]   1/14
chemical [2]   6/5
   14/7
Chief [1]   20/17
children [1]   15/6
chilling [2]   12/7
   12/13
choose [1]   21/8
chose [1]   8/7
Circuit's [1]   21/19
circumstances [1]
   5/6
citizens [2]   4/16
   4/23
claim [2]   6/14
   21/13
clear [3]   10/6
   11/22 15/12
clearly [2]   3/20
   10/10
Clerk [3]   20/14
   20/20 20/23
close [2]   9/10 9/14
cognitive [1]   7/1
COLUMBIA [2]   1/1
   20/15
commence [1]   20/12
commit [1]   19/2
committed [1]   12/6
community [1]   16/11
comparable [1]   7/5
comparisons [1]   3/3
complete [1]   16/11
comply [1]   19/15
component [3]   3/13
   3/16 4/21
conceding [1]   3/17
concerned [1]   17/2
conclusions [1]
   9/13
condition [3]   16/10
   16/20 18/9
conditions [4]
   18/24 18/24 19/1
   19/16
conduct [7]   3/13
   3/25 7/12 7/19 8/17
   19/1 22/23
confinement [1]
   16/24
conforming [1]
   22/23
Congress [1]   10/18
connection [1]
   21/15
consideration [4]
   3/8 4/8 13/19 18/6
considerations [1]
   11/18
Constitution [2]
   1/24 20/21
consultation [1]
   19/24
contemplate [1]
   17/15
contemplation [1]
   17/17
continue [3]   6/12

11/11 11/11
continued [2]   1/9
   4/5
continues [1]   5/22
continuing [1]   2/8
contributing [1]
   14/22
controlled [2]   19/3
   19/5
convicted [1]   11/5
conviction [3]   11/2
   21/7 21/11
convince [1]   12/5
convinced [1]   11/14
corrupt [1]   8/15
cost [2]   21/16
   21/18
counsel [2]   16/9
   21/14
count [2]   18/18
   18/19
country [15]   12/12
   12/15 12/15 12/21
   12/25 13/10 13/12
   13/13 13/15 15/14
   15/15 15/17 15/21
   15/22 16/1
counts [2]   22/9
   22/12
court [32]
Court's [1]   13/19
courts [2]   1/23
   9/19
covered [2]   22/6
COVID [1]   24/8
COVID-19 [1]   24/8
CPA [1]   20/18
cr [2]   1/4 2/9
crime [1]   19/3
crimes [1]   4/1
criminal [6]   1/3
   2/2 3/13 3/25 8/17
   20/11
crystal [2]   2/6
   10/6
current [1]   9/15
currently [2]   3/4
   21/12
cuts [1]   10/21

**D**

D.C [5]   4/15 5/1
   20/19 20/22 21/19
dark [9]   4/7 4/13
   4/14 4/18 4/20 4/23
   4/25 7/3 8/1
date [2]   20/13
   24/14
day [36]
days [11]   5/10 5/12
   7/7 16/7 16/20
   18/10 19/6 19/17
   20/12 20/22 21/9
DC [3]   1/5 1/18
   1/25
deal [1]   16/24
dealing [3]   9/2
   10/4 10/20
decide [1]   15/23
decision [2]   2/12

21/20
deeply [1]   13/15
defendant [8]   1/7
   1/16 2/4 2/5 3/11
   3/15 3/16 4/1
defendant's [2]   5/2
   20/10
Defender's [1]   1/17
Defense [1]   16/9
defined [1]   21/10
degree [2]   7/6 7/6
demand [1]   3/24
democracy [7]   12/2
   12/6 12/7 12/10
   12/24 15/17 15/19
democratic [4]   4/21
   13/5 15/21 18/1
demonstrate [1]
   17/18
demonstrates [1]
   9/14
denying [1]   14/4
deployed [1]   6/6
deploying [1]   3/18
described [1]   6/25
desensitized [2]
   11/22 11/25
despite [1]   3/17
destruction [1]
   15/5
detention [1]   16/11
determine [1]   19/19
determined [2]   19/7
   19/12
determines [1]   20/7
deterrence [1]   3/25
develop [1]   11/11
difference [3]   5/13
   5/16 7/24
different [6]   5/14
   7/11 9/13 10/16
   14/21 14/21
directed [1]   18/11
direction [1]   18/10
directly [1]   3/11
disability [1]   9/3
disbursement [1]
   20/15
disclaim [2]   5/22
   6/12
discussion [1]   4/9
dismiss [1]   22/12
dispelled [1]   6/5
dispersants [1]
   14/7
disperse [1]   3/19
disrespect [1]   7/22
disrupted [1]   4/21
dissidence [1]   7/2
district [11]   1/1
   1/1 1/10 1/13 1/23
   18/21 18/22 20/15
   20/15 20/21 21/4
disturbing [1]   13/6
docket [1]   17/4
done [3]   12/22
   12/22 14/16
door [2]   6/2 14/2
doors [1]   6/8
down [1]   15/19

drawn [2]   3/3 8/13
drug [2]   19/5 19/7
due [1]   20/11
during [2]   22/18
   24/7

**E**

earlier [1]   4/5
east [1]   6/8
easy [1]   15/20
elderly [1]   15/7
else [3]   2/19 8/23
   17/22
end [3]   16/25 17/1
   17/12
endure [1]   12/3
enforcement [1]
   3/18
engage [1]   13/18
engaged [1]   3/12
enormous [1]   17/25
enter [3]   3/20 3/22
   14/1
entered [2]   3/17
   21/12
entering [1]   21/14
enters [1]   21/10
entire [1]   18/17
entitled [1]   24/5
especially [1]   4/2
essential [5]   3/13
   3/16 15/9 15/25
   17/24
establish [1]   18/25
establishes [1]
   3/21
Ethan [1]   5/23
even [5]   3/12 4/3
   4/18 5/21 6/17
events [6]   6/9 8/16
   12/1 16/5 17/16
   17/22
everyone [4]   2/7
   2/14 14/22 15/9
evil [1]   17/21
exact [2]   5/7 13/8
example [1]   15/1
except [1]   10/20
exception [3]   9/25
   10/8 10/13
exceptions [2]
   10/10 10/11
exclusive [5]   8/14
   8/18 9/22 9/23 10/7
execute [1]   21/4
expand [1]   3/3
expectations [1]
   18/25
experienced [1]
   9/12
explain [3]   11/15
   16/17 16/22
explaining [1]   2/13
extent [3]   6/3 6/9
   21/7

**F**

face [2]   6/15 6/16
faces [2]   5/24 6/24
fact [5]   5/16 9/11

**F**

fact... [3]   12/11
14/14 15/11
facts [1]   3/20
fair [3]   8/5 8/19
9/8
far [1]   7/25
favor [1]   10/21
federal [2]   1/17
19/2
felony [2]   11/2
11/5
file [2]   21/9 21/17
filings [1]   2/18
financial [6]   20/3
20/4 20/5 20/17
20/19 20/24
fine [5]   9/19 9/24
16/14 16/19 20/6
firing [1]   3/19
first [5]   5/18 5/25
6/1 9/9 14/1
fives [1]   15/4
follow [4]   8/7 12/6
19/17 19/23
following [3]   18/23
19/15 20/16
follows [1]   20/11
For the Defendant [1]
1/16
Ford [1]   20/18
forefront [2]   13/19
13/25
foregoing [1]   24/4
former [1]   13/14
forth [4]   5/3 9/17
9/18 17/4
fortune [1]   18/1
fought [2]   4/17
4/24
four [2]   15/22
18/20
frankly [1]   13/3
friends [1]   7/16
fringe [1]   6/22
front [2]   5/19 6/23
full [1]   20/25
further [5]   2/23
4/1 4/3 10/13 17/17
future [1]   22/22

**G**

gallery [2]   7/13
7/24
gas [1]   3/19
gave [1]   4/11
general [2]   9/18
9/18
generations [1]
12/4
given [4]   4/8 9/8
10/17 12/21
giving [2]   11/14
15/4
glorious [1]   4/15
go back [1]   4/10
goals [1]   11/6
God [1]   23/3
goes [2]   5/1 15/18

good [2]   2/7 17/25
government [15]
1/12 2/5 4/4 4/16
4/24 5/10 5/12 7/4
7/10 7/12 7/14 8/15
15/3 16/7 22/9
Government's [3]
7/25 8/11 15/1
granted [2]   15/20
22/17
gravity [1]   11/23
great [3]   8/2 15/17
16/24
greater [2]   7/6 7/6
grips [1]   16/4
group [2]   6/3 6/22
guilty [4]   7/1 8/6
8/17 21/15

**H**

halfway [1]   16/21
hands [1]   15/5
happened [11]   6/20
7/21 11/23 13/24
14/18 14/23 14/24
16/1 16/4 17/15
17/23
harm [2]   3/14 3/16
hate [1]   13/10
health [1]   19/22
hear [1]   8/24
hearing [3]   1/9 4/9
24/7
heavily [1]   13/18
held [1]   4/19
helpful [1]   2/18
hereby [1]   18/8
high [1]   15/4
highest [1]   18/2
highly [1]   9/11
history [4]   12/4
12/7 22/23 22/24
home [6]   16/11
16/24 16/25 17/1
17/10 17/12
Honor [12]   2/15
2/16 2/21 2/25 3/5
5/15 7/9 9/1 18/15
21/23 22/1 22/5
HONORABLE [1]   1/9
HOOK [3]   1/22 24/3
24/14
hope [4]   12/18
13/14 17/17 22/20
hopefully [1]   12/9
horrific [1]   11/25
hours [1]   16/11
house [5]   6/5 14/2
16/21 17/10 20/18
huge [3]   14/9 14/9
14/10
hugging [1]   15/3
Hunter [1]   21/20

**I**

ideologies [1]   8/9
illegally [1]   14/22
imagine [2]   12/13
13/7
immediately [1]

20/20
implicitly [1]
10/12
important [1]   7/24
impose [7]   2/12
9/11 9/19 10/9 11/3
11/15 17/7
imposed [6]   9/24
10/2 16/16 18/25
21/12 21/21
imposes [1]   11/20
imposing [1]   11/4
imposition [2]   5/4
18/17
imprisonment [4]
5/11 5/12 9/20
10/20
inappropriate [1]
17/8
incarceration [5]
11/5 16/8 17/3 17/7
17/8
include [1]   19/2
includes [1]   21/3
including [1]   13/2
inclusive [1]   9/21
indebted [1]   12/15
indelible [1]   14/12
Indiana [1]   1/17
indicated [1]   17/19
indicating [1]   10/8
individual [1]   7/17
ineffective [1]
21/14
information [5]
20/3 20/4 20/5
21/13 22/12
inherently [1]
17/21
inside [1]   15/2
insist [1]   4/5
installments [1]
20/12
instead [1]   4/22
intentions [1]   8/1
interest [4]   19/13
19/14 20/8 20/9
interfere [2]   13/5
13/11
internalized [1]
15/13
interrupt [1]   18/15
interview [2]   4/10
8/5
into [4]   5/2 5/17
13/23 17/5
investigation [1]
21/2
involved [2]   8/15
15/9
involvement [2]
3/24 6/8
irritant [1]   6/6
irritants [1]   14/7
issue [3]   11/10
11/12 11/13
issues [1]   13/21
iteration [1]   4/8

**J**

JACKSON [17]   1/6
2/3 2/9 2/20 3/5
3/16 3/21 4/5 4/11
5/8 5/16 7/20 8/22
11/17 12/14 18/8
22/18
Jackson's [1]   7/21
JACOB [6]   1/16 2/5
2/19 7/8 21/24
22/14
January [4]   4/4
4/14 6/9 8/16
January 6th [4]   4/4
4/14 6/9 8/16
JEFF [3]   1/22 24/3
24/14
JOEL [3]   1/6 2/3
2/9
Juan [1]   1/15
judge [12]   1/10 3/7
3/10 3/14 3/23 5/3
9/12 9/12 9/16
10/14 11/20 14/19
judges [2]   9/12
11/23
judgment [3]   18/7
20/13 21/10
jurisdiction [1]
18/20
justifies [1]   7/7
justify [2]   5/14
6/12

**K**

Kathy [1]   20/17
keep [1]   9/5
key [1]   4/20
kind [5]   6/15 7/2
7/14 7/22 8/15
knew [2]   14/3 14/5
Kollar [1]   9/13
Kollar-Kotelly [1]
9/13
Kotelly [1]   9/13
Kristin [1]   22/7

**L**

lack [1]   14/16
Lamberth [6]   3/7
3/10 5/3 9/12 9/16
14/19
Lamberth's [3]   3/14
3/23 10/14
language [2]   10/5
10/18
law [2]   3/18 11/12
laying [1]   15/19
learning [1]   9/5
least [3]   9/15
10/12 19/6
left [1]   6/7
lending [1]   5/21
length [1]   8/2
lengthier [1]   3/24
less [1]   15/12
lesser [1]   3/13
letter [5]   6/18 8/4
8/10 14/15 17/19

**L**

level [1]   6/11
life [5]   9/4 12/23
12/24 17/12 22/20
lifetimes [1]   12/8
light [1]   17/8
limitations [1]
24/9
line [1]   8/13
lines [1]   6/23
litigants [1]   11/24
little [18]   3/3 3/4
3/11 3/12 3/17 3/22
4/3 4/9 5/3 5/7 5/9
5/13 6/3 6/9 7/11
7/13 7/19 14/20
live [1]   15/22
lives [2]   12/21
15/19
living [2]   15/21
18/1
local [1]   19/2
long [1]   9/2
look [1]   22/24
looked [1]   16/15
lot [2]   7/5 9/3
lucky [2]   15/20
15/21
Lustig [2]   2/6 22/2

**M**

maintain [2]   7/3
14/8
makes [2]   10/25
15/16
making [1]   2/12
man [1]   9/5
mandatory [2]   18/23
19/1
many [1]   3/23
March [1]   1/5
marched [2]   5/20
6/22
MARIA [2]   1/16 2/5
Marine [2]   12/16
13/14
Marines [1]   12/15
massacre [2]   4/15
5/1
material [1]   17/3
materials [1]   17/4
matter [1]   24/6
may [8]   2/24 9/24
10/2 13/20 14/20
19/14 20/9 21/17
mayhem [2]   6/19
6/21
meaning [1]   13/9
means [1]   13/12
meant [4]   4/14 8/4
8/7 8/10
media [1]   6/17
member [2]   8/8
12/17
memorandum [3]   3/6
3/15 15/2
mental [1]   19/22
methods [1]   19/21
MICAJAH [5]   1/6 2/3

2/9 3/21 18/7
midst [2]   13/17
14/3
military [1]   9/3
minute [2]   11/21
12/19
mistake [2]   14/9
14/11
mob [1]   5/17
modifies [1]   10/15
moment [7]   3/2 12/7
12/9 12/18 13/16
18/2 18/3
monthly [1]   20/12
months [7]   5/11
16/8 16/9 16/10
16/18 18/8 18/17
Monument [2]   5/20
6/22
more [5]   3/22 11/8
12/25 13/6 17/18
MOSS [1]   1/9
most [1]   18/3
motion [3]   22/8
22/15 22/17
move [2]   9/4 22/11
Mr. [16]   2/20 2/23
3/5 4/5 4/11 5/8
5/16 7/20 7/21 8/22
11/17 12/14 13/20
21/20 22/10 22/18
Mr. Jackson [11]
2/20 3/5 4/5 4/11
5/8 5/16 7/20 8/22
11/17 12/14 22/18
Mr. Jackson's [1]
7/21
Mr. Murphy [4]   2/23
13/20 21/20 22/10
Ms. [5]   2/19 7/8
21/24 22/2 22/14
Ms. Jacob [4]   2/19
7/8 21/24 22/14
Ms. Lustig [1]   22/2
much [3]   3/21 10/21
11/14
MURPHY [6]   1/12 2/5
2/23 13/20 21/20
22/10
must [12]   19/2 19/3
19/4 19/5 19/8
19/16 19/17 19/18
19/20 19/22 20/2
21/9
mutually [3]   8/13
8/14 8/18

**N**

N.W [1]   1/17
nation [2]   12/3
18/1
nations [1]   12/5
nature [1]   11/19
necessarily [1]
13/3
need [3]   11/3 22/3
22/8
new [1]   21/12
next [2]   9/22 10/11
nobody [1]   2/10

none [1]   15/8
Nordean [1]   5/23
northwest [1]   6/1
NOTE [1]   24/7
noted [3]   14/20
21/22 21/25
notes [2]   10/1
11/21
notice [1]   3/6
notify [1]   20/23
notion [2]   13/2
13/11
notions [1]   12/24
number [1]   15/17
numbers [1]   5/21
NW [2]   1/24 20/21

**O**

oath [1]   5/24
objection [1]   22/16
objections [1]
21/21
obligation [1]
20/24
obligations [1]
20/19
obstruct [1]   19/20
obviously [1]   13/18
occurred [3]   6/20
6/21 24/7
odds [1]   16/1
offense [8]   10/15
10/16 10/16 10/21
11/2 11/8 11/19
21/15
offenses [1]   10/13
office [10]   1/13
1/17 16/12 18/11
18/11 20/6 20/16
20/18 21/1 21/3
officer [4]   19/24
20/2 20/4 20/17
officers [5]   3/12
3/18 6/24 14/6 15/6
official [2]   1/23
24/3
officials [1]   15/3
one [15]   5/18 5/25
6/1 8/14 10/8 10/9
10/12 11/20 11/22
13/7 14/1 15/17
16/2 17/21 19/5
only [7]   5/4 5/17
6/5 6/6 6/25 10/9
10/24
onto [1]   5/19
operation [2]   4/6
6/15
opinion [6]   3/6 3/8
3/10 3/15 5/3 14/20
opportunity [3]
7/10 16/3 17/15
opposite [1]   13/9
ops [1]   4/6
order [3]   2/9 14/8
21/4
ordered [3]   18/13
19/10 20/6
others [1]   3/11
ought [1]   11/22

out [4]   4/19 6/7
6/16 9/25
over [2]   11/24
11/24

**P**

p.m [2]   1/6 23/5
page [1]   3/14
paid [1]   20/24
pandemic [1]   24/8
papers [1]   13/22
part [5]   4/22 5/17
6/19 6/21 9/5
participate [1]
19/22
participation [1]
19/25
parties [1]   11/11
parts [1]   15/18
past [1]   22/22
path [1]   12/6
patriots [3]   12/21
13/8 13/9
pay [6]   9/24 18/13
19/13 20/6 20/8
20/10
payable [1]   20/20
payment [2]   20/11
20/12
payments [1]   20/13
peaceful [6]   12/11
12/25 13/6 13/12
15/24 18/2
penalties [4]   10/4
19/14 20/9 20/11
people [13]   4/17
4/17 4/24 7/4 13/2
13/7 13/10 14/20
14/21 14/23 15/7
15/19 15/22
perhaps [1]   9/23
period [2]   16/23
17/13
periodic [1]   19/7
permission [1]
21/17
permitted [2]   5/5
21/8
person [2]   17/21
22/24
personally [2]
12/18 17/21
petty [5]   10/13
10/15 10/20 11/1
11/8
phrase [5]   4/7 4/13
8/1 8/3 10/15
pick [1]   8/11
pictures [1]   7/16
piece [1]   17/23
placement [1]   19/6
Plaintiff [1]   1/4
platforms [1]   6/17
played [2]   14/19
14/21
plays [1]   5/2
plaza [2]   5/19 5/24
plea [2]   21/8 21/15
pleading [1]   8/17
PLEASE [1]   24/7

**P**

point [3]   2/11 2/20
8/23
police [4]   5/25
6/24 14/6 15/6
portion [1]   14/12
possess [1]   19/3
possible [2]   11/7
13/9
possibly [1]   13/7
power [6]   12/12
13/1 13/6 13/12
15/25 18/2
PR [1]   1/15
premised [1]   12/24
prepared [3]   13/10
13/11 14/17
presented [1]   13/22
presentence [1]
21/1
president [1]   15/23
previous [1]   4/8
previously [2]   5/18
6/14
probation [23]   2/6
5/11 9/19 10/18
16/8 16/10 16/12
16/13 16/18 16/20
18/9 18/9 18/11
18/11 18/17 18/23
18/24 19/6 19/24
20/2 20/4 21/1 21/3
probationary [1]
11/4
proceeded [1]   3/22
proceedings [3]
2/10 23/5 24/5
process [1]   4/21
proffered [2]   4/5
5/18
program [3]   19/23
19/24 20/1
prohibited [1]
19/19
proper [2]   2/12
22/3
property [1]   15/5
protect [3]   3/25
12/23 14/8
protesters [1]   15/4
Proud [3]   5/20 8/7
8/8
provide [1]   20/2
provider [1]   19/25
provisions [3]   10/4
10/25 18/6
psy [1]   4/6
psy-ops [1]   4/6
psychological [2]
4/6 6/14
public [4]   1/17 4/1
11/18 13/23
Puerto [1]   1/13
punish [1]   8/19
purported [1]   13/7
pursuant [3]   18/5
21/6 21/19
put [2]   22/19 22/21
puts [2]   6/15 6/16

**Q**

quite [2]   9/8 13/2
quote [1]   7/1

**R**

RANDOLPH [1]   1/9
rather [1]   18/3
rationale [3]   2/13
10/23 18/4
reaction [1]   13/23
read [1]   10/17
reading [4]   10/7
10/23 10/24 11/9
reads [1]   10/12
real [1]   11/3
realize [1]   11/10
really [12]   6/4
10/11 15/8 15/13
15/16 16/4 16/24
17/2 17/16 17/17
17/18 17/24
reason [5]   11/3
11/13 16/17 16/21
16/22
reasoning [3]   3/23
10/14 11/16
reasons [1]   17/6
rebroadcast [1]
2/10
recalls [1]   2/14
received [1]   21/14
recognize [4]   4/20
9/9 10/13 14/13
recognized [1]   3/10
recognizes [2]
10/10 10/11
recollection [1]
2/11
recommended [1]
16/13
record [5]   2/10
11/18 13/23 21/22
21/25
recounted [1]   15/1
reentry [3]   17/14
18/12 19/16
referenced [1]   4/10
referred [1]   22/18
Reform [1]   18/5
refrain [1]   19/4
regarding [1]   22/9
regulations [2]
19/18 19/23
release [4]   11/1
11/7 20/4 21/1
relevant [1]   4/2
remaining [2]   22/9
22/12
remarks [1]   22/19
remember [1]   17/9
remorse [3]   5/2
14/16 17/18
remorseful [2]   8/12
16/5
remotely [2]   24/5
24/9
report [1]   21/2
reported [1]   24/5
Reporter [3]   1/22

1/23 24/3
reporting [1]   24/9
request [1]   21/17
requested [2]   5/10
20/3
require [1]   16/19
required [2]   10/3
18/10
reside [1]   19/16
residence [1]   21/4
residential [3]
17/13 18/12 19/16
respect [5]   11/7
11/18 11/19 16/3
16/6
respond [1]   7/10
responsibility [4]
6/12 14/24 15/10
17/25
responsible [1]
17/22
restitution [9]
10/4 16/9 16/12
16/14 16/19 19/8
19/10 19/11 20/13
reviewed [1]   2/17
Rico [1]   1/13
right [10]   5/19
5/23 8/2 8/18 11/15
14/15 15/12 15/18
21/7 21/11
rioters [1]   3/19
role [1]   14/19
roles [1]   14/21
Room [1]   1/24 20/18
rotunda [2]   6/7 6/8
roughly [1]   7/5
RRC [2]   16/21 17/13
rubber [1]   3/19
rule [2]   9/18 9/18
rules [2]   19/17
19/23

**S**

sacred [1]   12/25
same [6]   5/7 7/22
10/16 11/6 11/21
17/10
San [1]   1/15
sanction [1]   10/1
saw [1]   3/21
saying [2]   14/10
17/20
scaffolding [1]   6/1
sealed [1]   17/4
SEAN [2]   1/12 2/5
second [2]   6/17
16/17
section [8]   9/17
10/1 10/5 18/6
18/14 19/9 21/6
21/10
seeking [2]   5/12
16/9
selfies [1]   15/3
Senate [4]   6/2 7/13
7/23 14/2
sense [2]   8/13
10/25
sensible [1]   11/8

sent [2]   7/16 14/15
sentence [31]
sentenced [1]   18/8
sentences [4]   10/9
10/22 16/6 16/15
sentencing [6]   1/9
2/8 4/9 15/2 18/5
21/16
separates [1]   7/20
serious [1]   14/18
serve [1]   16/10
served [2]   12/14
15/14
service [3]   12/16
12/16 16/12
services [2]   12/17
set [2]   5/3 17/4
sets [2]   9/17 9/18
setup [2]   4/4 6/13
shall [6]   18/23
19/15 20/5 20/13
20/23 21/1
share [1]   20/5
Sherrill [1]   20/17
shouting [2]   5/24
14/4
significance [1]
17/16
similar [1]   10/4
similarly [1]   3/15
simply [3]   11/23
15/7 16/23
social [1]   6/16
society [1]   9/5
somebody [4]   11/5
13/14 15/14 15/14
somehow [1]   8/15
somewhat [1]   9/21
sorry [6]   7/3 7/12
8/16 8/21 18/15
18/19
sought [1]   16/7
sound [1]   11/21
special [2]   18/13
19/15
specific [1]   8/17
specifically [1]
4/13
specified [1]   10/18
specifies [1]   9/23
speculation [2]
7/25 8/2
spend [2]   16/20
18/10
split [4]   5/4 5/10
9/11 10/22
spraying [2]   14/5
14/5
stain [2]   12/3 12/3
stairs [2]   5/25
14/1
standard [1]   18/24
standing [1]   15/7
stands [1]   13/13
state [2]   18/18
19/2
stated [1]   6/14
statement [1]   3/20
statements [1]
14/25

**S**

states [12]   1/1 1/3
1/10 2/3 2/8 5/4
18/21 20/5 20/14
20/21 21/3 21/20
statute [4]   5/5
9/17 10/24 19/9
step [5]   11/21
12/17 12/19 13/15
15/15
still [1]   3/22
stopping [1]   7/19
stressful [1]   9/2
striking [1]   16/22
subject [1]   24/8
submit [2]   19/5
19/18
subsection [1]   10/3
substance [4]   19/4
19/5 19/18 19/20
substantially [1]
7/20
suggest [1]   14/16
suggesting [1]   15/4
suggests [1]   9/22
Suite [1]   1/14
supervise [1]   19/25
supervised [2]   11/1
11/7
supervision [3]
18/20 18/22 19/1
supplemental [2]
2/17 3/6
support [1]   15/24
sure [1]   22/3

**T**

talk [2]   4/13 12/18
talking [1]   13/3
tamper [1]   19/20
tear [1]   3/18
technological [1]
24/9
tend [1]   9/16
tentative [2]   11/12
11/13
term [8]   4/18 9/19
9/19 10/19 13/9
18/8 18/9 19/17
test [1]   19/5
testing [2]   19/19
19/21
tests [1]   19/7
thereafter [1]   19/7
therefore [5]   9/25
11/3 19/13 20/8
24/8
thinking [1]   9/16
thought [5]   9/8 9/9
11/14 13/5 16/15
threshold [2]   6/4
14/2
thugs [2]   13/3 13/4
times [2]   15/11
15/12
together [1]   10/25
took [4]   7/15 7/17
7/18 7/18
top [1]   14/1

Torre [1]   1/14
total [1]   20/11
toward [1]   9/16
transcript [2]   1/9
24/4
transferred [1]
18/21
transition [7]
12/12 13/1 13/6
13/12 15/24 15/25
18/2
trap [1]   4/4
treason [1]   7/19
treatment [2]   19/22
19/25
troubled [3]   14/14
14/25 15/11
troubles [1]   13/16
true [2]   15/8 24/4
truly [1]   16/5
truthfully [1]   6/19
try [1]   14/7
trying [1]   8/11
two [7]   3/14 8/18
9/11 10/24 16/10
16/13 19/6
type [2]   7/1 22/24
types [1]   16/6

**U**

U.S [2]   1/13 1/23
U.S.C [5]   18/6
18/14 19/9 21/6
21/10
ultimately [1]
12/23
unable [1]   21/16
unavailable [2]
10/19 21/12
under [2]   12/10
21/8
UNITED [11]   1/1 1/3
1/10 2/3 2/8 18/21
20/5 20/14 20/21
21/3 21/20
unlawful [1]   19/4
unlawfully [2]   3/17
19/3
unless [1]   2/21
unopposed [1]   22/15
up [2]   2/11 5/25
use [4]   4/18 9/20
17/14 19/4
used [3]   4/22 8/3
19/19
using [2]   8/1 14/7

**V**

value [1]   17/25
values [1]   15/21
various [2]   6/17
11/10
victim [1]   20/16
video [3]   1/9 2/4
2/4
view [4]   9/16 10/22
11/12 11/13
views [2]   8/20 8/20
violence [2]   13/18
15/5

**W**

waives [2]   19/13
20/8
warranted [1]   5/5
Washington [7]   1/5
1/18 1/25 5/20 6/22
20/18 20/22
watch [1]   4/12
watched [1]   4/12
way [10]   6/2 6/7
7/13 8/15 9/17
12/23 12/24 16/22
17/14 22/23
weighs [1]   13/18
weren't [1]   17/6
west [2]   5/19 5/23
What's [1]   5/13
whereas [1]   7/5
whole [1]   8/16
wing [2]   6/2 14/2
wish [2]   22/20
22/25
within [3]   19/6
20/22 21/9
without [1]   21/18
witnessed [1]   3/18
women [1]   15/6
word [2]   4/7 8/12
words [1]   5/6
work [1]   17/1
world [3]   6/16 12/5
15/18
worth [3]   3/8 4/7
4/9
wrong [1]   7/3

**Y**

year [1]   9/2
years [2]   15/22
16/13
yelling [1]   6/23
young [1]   9/5